UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| IN RE: | |
|---|---|
| Sean C. Coss<br>Michelle L. Coss | Case No.:  05 B 74567<br><br>Chapter:  13 |
| Debtor(s) | Judge Manuel Barbosa |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Lydia Meyer, Chapter 13 Trustee,  P.O. Box 14127, Rockford, IL 61105-4127
           Sean C. Coss,  Michelle L. Coss  , Debtor(s),  807 North Shore Drive,  Crystal Lake,  IL  60014
           Scott A. Bentley, Attorney for Debtor(s),  661 Ridgeview Drive, McHenry, IL 60050

   You are hereby notified that PULTE MORTGAGE     has made post-petition advances of $1,000.00     in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

   You are hereby notified that debtor(s) is(are) due to PULTE MORTGAGE for the contractual mortgage payment due 12/01/10.

   Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 12/10/10, PULTE MORTGAGE's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

   The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on November 10, 2010.

                                         /s/ Jose Moreno
                                        Attorney for Creditor

 Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
 15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
 (630) 794-5300
**C&A FILE ( 14-05-3331)**
 NOTE: This law firm is deemed to be a debt collector.